1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9
10   JOVENCIO DELA CALZADA,
              Plaintiff,                    Case No.  14-cv-00103-WHO (PR)
11
         v.
12                                          **ORDER EXTENDING TIME**
     CONNIE GIPSON,
13
              Defendant.
14
15

16       Petitioner Dela Calzada's motion to extend time to file a traverse (Docket No. 16) is

17   GRANTED.  The traverse shall be filed on or before May 20, 2015.

18       The Clerk shall terminate Docket No. 16.

19       **IT IS SO ORDERED.**

20   **Dated:** February 10, 2015

21   

22   WILLIAM H. ORRICK
     United States District Judge

23
24
25
26
27
28